IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNELL FLOURNOY, #126 385, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:12-CV-286-TMH |
| | ) |
| OFFICER I. HARRIS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #11) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that

1. The Recommendation (Doc. #11) of the Magistrate Judge is ADOPTED;

2. Plaintiff's complaint seeking enforcement of prior injunctive orders of the court is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

3. Plaintiff's Section 1983 claims against Defendants Thomas, Barry, and Edwards are dismissed with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i); and

3. This case with respect to the remaining defendant is referred back to the Magistrate Judge for further proceedings.

Done this 4th day of June, 2012.

          /s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE