IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNELL FLOURNOY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OFFICER I. HARRIS, )<br>)<br>Defendant. ) | CASE NO. 2:12-cv-286-WHA<br><br>(WO) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #67), entered on February 17, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. #65) is DENIED because the proposed amendment is futile.

DONE this 10th day of March, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE